*E-Filed 05/06/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER SZANTO, | No. C 10-01364 RS |
| Plaintiff, | **ORDER RE: ELECTRONIC FILING** |
| v. | |
| SZANTO REVOCABLE TRUST OF 1991, | |
| Defendant. | |

Prior to reassignment to the undersigned on May 05, 2010, pro se plaintiff Peter Szanto requested access to the Electronic Filing System. Plaintiff's request for permission to file electronically is granted; he may contact the Clerk's Office to obtain the necessary paperwork at 415/522-2000.

**IT IS SO ORDERED.**

Dated: 05/06/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1
2  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**
3
4  Peter Szanto
   P.O. Box 10451
5  Newport Beach, CA 92658
6
7
8  Dated: 05/06/2010                    /s/ Chambers Staff
                                        Chambers of Judge Richard Seeborg
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California